**STATEMENT OF FACTS**

On October 06, 2015, at approximately 0605 hours, members of the United States Park Police Narcotics Unit along with SWAT served a DC Superior Court Search Warrant at xxxx X Xxxxxt, Xxxxxxxx, Washington, DC, Apartment #xxx. Sgt. Johnson performed the knock and announce, when entry was denied, entry was forced open by utilizing a sledgehammer. Located inside the residence was Lorenzo Rodney SAUNDERS, who was in the hallway between bathroom and kitchen. Recovered from the residence were two clear knotted clear sandwich bags each containing a white powder substance of suspected cocaine weighing approximately 60.5 grams recovered from the toilet. Additionally, recovered from the toilet trap were two knotted clear sandwich bags each containing a white powder substance of suspected cocaine weighing approximately 62.6 grams. Recovered from the bedroom was five pieces of a clear plastic that each contained a white rock like substance of suspected crack cocaine weighing approximately 10.8 grams, a piece of clear plastic containing a tan powder substance of suspected heroin weighing approximately .6 grams. Also, recovered from the bedroom was a digital scale, two cell phones, mail matter in the name Lorenzo SANDERS with the address xxxx X Xxxxx, Xxxxxxxxx, Washington, DC, Apartment #xxx, as well as $200.00 of US Currency in the pocket of men's pants and $2,000.00 of US Currency in a clear plastic bag in a men's coat pocket that was hanging in the closet of the bedroom. Also in that same coat was forty two (42) strips of suboxone recovered and drug paraphernalia. The coat is of a size that would fit defendant.

Recovered from the kitchen was three plates that contained a white powder residue and a razor blade from cabinet under the sink, safety goggles from the kitchen cabinet, and torn corners of plastic and a wire hanger with a white residue recovered from the kitchen garbage can. Recovered from the living room were numerous un-used ski masks, three cell phones, and a note pad with names and phone numbers. Recovered on the dining room table was a DC Government lD in the name Lorenzo SANDERS, a razor blade and a bottle of codeine containing promethazine more commonly known as 'lean".

SAUNDERS was placed under arrest and transported to the United States Park Police District 5 Station for processing. The suspected cocaine was field-tested and yielded a positive color reaction for the presence of Cocaine HCL. The suspected crack cocaine was field-tested and yielded a positive color reaction for Cocaine Base, and the suspected heroin was field-tested and yielded a positive color reaction for the presence of Opiates. The total weight of the cocaine was approximately 123.l grams, the approximate total weight of the crack cocaine was 10.8 grams, and the approximate total weight of the heroin was .6 grams.

Through my training and experience the total weight of the cocaine and crack cocaine is more consistent with possession with intent to distribute then mere possession. SAUNDERS was charged with CSA PWID Cocaine. SAUNDERS was then transported to the DC Cellblock.

Simultaneously to the execution of the search warrant on defendant Lorenzo Saunders' home, police executed a search warrant in Temple Hills, Maryland on the home of Dominick Saunders, who is the son of Lorenzo Saunders. Police found approximately 8 grams of crack cocaine and a pistol in Dominick Saunders' home and placed him under arrest. Dominick Saunders waived his right to remain silent and spoke with police. The police told Dominick

Saunders that "we hit C Street and got your dad." Dominick Saunders stated words to the effect of "everything" belonged to Dominick Saunders. However, police did not find any evidence, including mail matter, that Dominick Saunders lived in defendant's one bedroom home.

_____
INVESTIGATOR ANDREW KENESS
UNITED STATES PARK POLICE


SWORN AND SUBSCRIBED BEFORE ME ON THIS \_\_\_\_\_ DAY OF OCTOBER, 2015.


_____
U.S. MAGISTRATE JUDGE